**Abatement Order filed July 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00794-CV
_____

### ZACHARY COLEMAN, Appellant

### V.

### CHRISTOPHER DEWAYNE REICH, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 978,234-002**

---

## ABATEMENT ORDER

This is an appeal of a summary judgment granted in favor of Christopher DeWayne Reich. Appellant has filed a notice of stay.

On July 3, 2013, appellant informed the court that Santa Fe Auto Insurance Company, which insures appellee, was declared insolvent and placed into liquidation by the 419th District Court of Travis County, Texas in cause no. D-1GV-13-000204.

The Guaranty Act imposes an automatic six-month stay of this proceeding. Tex. Ins. Code § 462.309. Accordingly, we stay this appeal. This appeal is abated until **October 5, 2013**, or until further order of this court.

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until October 6, 2013, or further order of this court.

PER CURIAM